## SECOND DISTRICT.

The People of the State of Illinois, by Edwin V. Champion, State's Attorney, and Henry A. Miller, appellees, v. Herald P. Reichel, appellant. Gen. No. 8,826.

Dóve, J., dissenting. Opinion filed November 30, 1934. Rehearing denied May 11, 1935.

Ralph W. Stone and Ben Thurman, for appellant. Todd, Morgan, Pendarvis & Arber and Shelton F. McGrath, for appellee Henry A. Miller.

Mr. Presiding Justice Wolfe delivered the opinion of the court.